# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Alfredo Homes Susi , | ) | JUDGMENT IN CASE |
| | ) | |
| Petitioner, | ) | 3:13-cv-00137-FDW |
| | ) | |
| vs. | ) | |
| | ) | |
| USA**,** | ) | |
| Respondent. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's April 9, 2015 Order.

April 9, 2015

_____

Frank G. Johns, Clerk
United States District Court